BENTLEY ET AL., APPELLANTS, *v.* PENDLETON ET AL.; AMERICAN HOME ASSURANCE COMPANY, APPELLEE.

[Cite as *Bentley v. Pendleton,* 105 Ohio St.3d 326, 2005-Ohio-1824.]

(No. 2004–1135—Submitted March 30, 2005—Decided May 4, 2005.)

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Gilchrist v. Gonsor,* 104 Ohio St.3d 599, 2004-Ohio-7103, 821 N.E.2d 154, and the cause is remanded to the court of appeals for consideration of the remaining assignments of error and for further proceedings not inconsistent with *Gilchrist v. Gonsor.*

MOYER, C.J., RESNICK, PFEIFER, O'CONNOR and O'DONNELL, JJ., concur.

LUNDBERG STRATTON and LANZINGER, JJ., dissent.

_____

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} For reasons set forth in my dissenting opinion in *Gilchrist v. Gonsor*, 104 Ohio St.3d 599, 2004-Ohio-7103, 821 N.E.2d 154, ¶ 14-23, I respectfully dissent.

LANZINGER, J., concurs in the foregoing dissenting opinion.

_____

Robert W. Kerpsack Co., L.P.A, and Robert W. Kerpsack, for appellants.

Wiles, Boyle, Burkholder & Bringardner Co., L.P.A., Michael L. Close, and Dale D. Cook; Janik & Dorman, L.L.P., Stacy Lilly, and Matthew Grimm, for appellee.